IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE RED LOBSTER GUC TRUST,

    Plaintiff,

v.

THAI UNION GROUP PUBLIC
COMPANY LIMITED, et al.

    Defendants.

Case No.: 6:26-cv-01422-PGB-RMN

**TIME-SENSITIVE UNOPPOSED MOTION
FOR EXTENSION OF TIME FOR MOVING DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants Thai Union Group Public Company Limited, Thai Union Investments North America LLC, Thai Union North America, Inc., GGCOF RL Blocker LLC, Tri-Union Frozen Products, Inc. d/b/a Chicken of the Sea Frozen Foods, Red Lobster Master Holdings GP, LLC, Thiraphong Chansiri, Rittirong Boonmechote, Trin Tapanya, and Scott Solar (collectively, the "Moving Defendants"), by counsel, respectfully move for entry of an order extending their time to respond to Plaintiff's Complaint to October 28, 2026. Plaintiff does not oppose the relief requested in this motion.

In support of this unopposed motion, the Moving Defendants state as follows:

1.    This motion is time-sensitive but non-emergency under Local Rule 3.01(f) because, without the extension agreed upon by the parties, the Moving Defendants' deadline to move, answer, or otherwise respond to the Complaint would be imminent (July 7), falling seven days after removal, and the upcoming Independence Day court closure further compresses the time available to seek relief before that deadline expires. The Moving Defendants request a ruling by July 2, 2026.

2.    On May 15, 2026, Plaintiff filed its Complaint against Thai Union Group Public Company Limited, Thai Union Investments North America LLC, Thai Union North America, Inc., GGCOF RL Blocker LLC, Tri-Union Frozen Products, Inc. d/b/a Chicken of the Sea Frozen Foods, Seafood Alliance Limited, RL Co-Investor Blocker LLC, Red Lobster Master Holdings GP, LLC, Paul Kenny, Thiraphong Chansiri, Rittirong Boonmechote, Trin Tapanya, and Scott Solar in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

3.    The Moving Defendants removed the case to this Court on June 30, 2026.

4.    The parties are actively pursuing private mediation in an effort to resolve Plaintiff's claims without the need for further motion practice or judicial intervention. The parties have scheduled mediation for September 28, 2026, and have agreed to extend the answer deadline until October 28, 2026.

5.      Without such an extension, the deadline for the Moving Defendants to answer or present other defenses or objections would be July 7, 2026. *See* Fed. R. Civ. P. 81(c)(2). The requested extension will allow the parties to devote their resources to the mediation process while preserving the Moving Defendants' ability to respond to the Complaint if mediation does not resolve the dispute.

6.      Accordingly, the Moving Defendants respectfully request an extension of time, through and including October 28, 2026, to respond to the Complaint. The requested date falls approximately thirty days after the scheduled mediation, providing a reasonable period for the parties to finalize any resolution reached at mediation or, if necessary, for the Moving Defendants to prepare and file their responses.

7.      This is the Moving Defendants' first request for an extension. The request is made in good faith, for the purpose of facilitating meaningful settlement discussions and conserving party and judicial resources, and not for purposes of delay or for any other improper purpose.

8.      The current deadline has not expired.

WHEREFORE, the Moving Defendants respectfully request that the Court enter an order extending the time for the Moving Defendants to respond to Plaintiff's Complaint to October 28, 2026.

## Local Rule 3.01(g) Certification

Counsel for Moving Defendants conferred with counsel for Plaintiff regarding the relief requested in this motion, and Plaintiff does not oppose the relief requested.

Dated: July 1, 2026

/s/ Lauren Robertson
LATHAM & WATKINS LLP

Lauren Robertson (Lead Counsel)
FL Bar No. 1040176
Christopher Harris (*pro hac vice* forthcoming)
William Reckler (*pro hac vice* forthcoming)
Alexander Mills (*pro hac vice* forthcoming)

1271 Avenue of the Americas
New York, NY 10020
(212) 906-4865
lauren.robertson@lw.com
christopher.harris@lw.com
william.reckler@lw.com
alexander.mills@lw.com

*Counsel for Moving Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 1 2026, a true and correct copy of the foregoing

was served by electronic mail and U.S. Mail upon the following:

Brian P. Miller
Ross E. Linzer
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: (305) 462-6000
Facsimile: (305) 462-6100
bmiller@kslaw.com
rlinzer@kslaw.com
MiamiLit@kslaw.com

Leigh M. Nathanson
Kevin J. O'Brien
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
lnathanson@kslaw.com
kobrien@kslaw.com

Matthew B. Rosenthal
1180 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
mrosenthal@kslaw.com

Attorneys for Plaintiff Red Lobster GUC Trust

*/s/ Lauren Robertson*
Lauren Robertson

5