**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THE RED LOBSTER GUC TRUST,

Plaintiff,

v.

THAI UNION GROUP PUBLIC COMPANY LIMITED, *et al.*,

Defendants.

Case No.: 6:26-cv-01422-PGB-RMN

**JOINT RE-NOTICE OF MEDIATION**

Plaintiff The Red Lobster GUC Trust (the "Plaintiff") and Defendants Thai Union Group Public Company Limited, Thai Union Investments North America LLC, Thai Union North America, Inc., GGCOF RL Blocker LLC, Tri-Union Frozen Products, Inc. d/b/a Chicken of the Sea Frozen Foods, Red Lobster Master Holdings GP, LLC, Thiraphong Chansiri, Rittirong Boonmechote, Trin Tapanya, and Scott Solar (collectively, the "Noticing Defendants" and, with Plaintiff, the "Noticing Parties"), by and through undersigned counsel, hereby jointly provide re-notice of mediation in this case as follows:

October 29, 2026
Before Jed Melnick, Esq.
JAMS

Dated: September 14, 2026

*/s/ Brian P. Miller*
KING & SPALDING LLP

Brian P. Miller (Lead Counsel)
Florida Bar No.: 0980633
Ross E. Linzer
Florida Bar No.: 0073094
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: (305) 462-6000
Facsimile: (305) 462-6100
bmiller@kslaw.com
rlinzer@kslaw.com

Leigh M. Nathanson (*pro hac vice*)
Kevin J. O'Brien (*pro hac vice*)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
lnathanson@kslaw.com
kobrien@kslaw.com

*Counsel for Plaintiff Red Lobster GUC Trust*

*/s/ Lauren Robertson*
(*with express permission*)
LATHAM & WATKINS LLP

Lauren Robertson (Lead Counsel)
Florida Bar No.: 1040176
Christopher Harris (*pro hac vice*)
William Reckler (*pro hac vice*)
Alexander Mills (*pro hac vice*)

1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-4865
lauren.robertson@lw.com
christopher.harris@lw.com
william.reckler@lw.com
alexander.mills@lw.com

HOLLAND & KNIGHT LLP
Brandon Faulkner (Lead Counsel)
Florida Bar No.: 58560
100 N Tampa St., Ste 4100
Tampa, FL 33602-3642
Telephone: (813) 227-8500
brandon.faulkner@hklaw.com

*Counsel for Noticing Defendants*